IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| PAULA SHORES, PLENARY GUARDIAN OF CORY CLEWELL, A DISABLED PERSON AND HIS ESTATE, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 4:18-cv-04147 |
| THE DUPPS COMPANY, INC.; JEFFREY R. MORRIES; GREAT NORTHERN INSURANCE COMPANY; CHUBB INA HOLDINGS, INC. F/K/A "THE CHUBB CORPORATION" F/K/A "CHUBB LIMITED"; AND FEDERAL INSURANCE COMPANY, ) ) ) ) ) ) ) ) ) | Judge: Sara Darrow  Magistrate Judge: Jonathan E. Hawley |
| Defendants. ) | |

## ENTRY OF APPEARANCE

I, Paul D. Motz, from the law firm PATTON & RYAN, LLC hereby enter my appearance for Defendants, THE DUPPS COMPANY, in the above entitled cause.

Date: December 11, 2019

Respectfully submitted,

*/s/ Paul D. Motz*
One of the Attorneys for the Defendants,
THE DUPPS COMPANY

John W. Patton # 6186472
Paul D. Motz # 6294483
Roman E. Solowski #6307052
PATTON & RYAN LLC
330 North Wabash Avenue, Suite 3800
Chicago, Illinois 60611
Phone: (312) 261-5160
Fax: (312) 261-5161
jpatton@pattonryan.com
pmotz@pattonryan.com
rsolowski@pattonryan.com

# CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2019, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

**Attorney(s) for Plaintiff:**
E. Ryan Bradley
Patrick T. Hinrichs
THE BRADLEY LAW FIRM
1424 Washington Avenue, Suite 300
St. Louis, MO 63103
Phone: 314-721-9111
Fax: 314-255-2765
Email: Ryan@thebradleylawfirm.com
Patrick@thebradleylawfirm.com

**Attorney(s) for Defendant, The Dupps Company, Inc.:**
Robert M. Bennett
Mitchell P. Hedrick
Kayla M. Hickey
HEYL, ROYSTER, VOELKER & ALLEN
P.O. Box 6199
Peoria, IL 61601-6199
Phone: 309-676-0400
Fax: 309-676-3374
Email: rbennett@heylroyster.com
mhedrick@heylroyster.com
khickey@heylroyster.com

**Attorney(s) for Defendants, Great Northern Insurance Company, Chubb INA Holdings, Inc.**
**f/k/a "The Chubb Corporation" f/k/a "Chubb Limited" and Federal Insurance Company:**
Thomas G. Drennan
Kathryn W. Bayer
DINSMORE & SHOHL LLP
227 W. Monroe Street, Suite 3850
Chicago, IL 60606
Phone: 312-837-2728
Fax: 312-372-6085
Email: tom.drennan@dinsmore.com
kathryn.bayer@dinsmore.com
and
Peter J. Georgiton
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 300
Columbus, OH 43215
Phone: 614-628-6963
Fax: 614-628-6890
Email: peter.georgiton@dinsmore.com

**Attorneys for Defendant, JEFFREY R. MORRIS**

Jesse A. Placher, ARDC 6294559
jplacher@hinshawlaw.com
Robert J. Hills, ARDC 6303525
rhills@hinshawlaw.com
Hinshaw & Culbertson LLP
416 Main Street, 6th Floor
Peoria, IL 61602
Telephone: 309-674-1025
Facsimile: 309-674-9328